# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

IN RE:

LUIS YLDEFONSO GIL
CYNTHIA ANN GIL

10-31191
NOTICE OF TRANSFER OF CLAIM

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a), Transferee hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed, R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **PHH Mortgage Corporation** <br> Name of Transferee | **HSBC MORTGAGE CORPORATION (USA)** <br> Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent: <br> **PHH Mortgage Corporation** <br> **HSBC c/o PHH Mortgage Corp** <br> **2001 Bishops Gate Blvd** <br> **Mailstop : SV01** <br> **2** <br> **Mt. Laurel, NJ 08054** | Amount of Claim: $223,557.92 <br> Claim No:13 |
| Last Four Digits of Acct #: XXXXXX6776 | Date Claim Filed: September 8, 2010 |
| Name and Address where transferee payments should be sent (if different than above): <br> **PHH Mortgage Corporation** <br> **HSBC c/o PHH Mortgage Corp** <br> **2001 Bishops Gate Blvd** <br> **Mailstop : SBRP** <br> **Mt. Laurel, NJ 08054** | Last Four Digits of Acct #: XXXXXX6776 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

This the Twenty-Fifth day of September, 2015.

*s/ Alison H. Wadsworth*
Alison H. Wadsworth
N.C. State Bar No.: 43273
Attorney for PHH Mortgage Corporation
SHAPIRO & INGLE, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
ncbkmail@shapiro-ingle.com
Phone: (704) 333-8107
Fax: (704) 333-8156